612

427 A.2d 239

Commonwealth v. Dressler, Appellant.

Argued March 18, 1980.   Brian C. Dressler, appellant, in propria persona;  Ronald T. Williamson, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Order affirmed.

427 A.2d 239

Commonwealth v. Key, Appellant.

Argued June 20, 1979.   John J. Swaim, Jr., for appellant;  Steven Cooperstein, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, HOFFMAN and CATANIA, JJ.*

Judgment of sentence affirmed.

* President Judge Francis J. Catania, of the Court of Common Pleas of Delaware County, Pennsylvania, is sitting by designation.